DAGES v. SANILAC CIRCUIT JUDGE.

REPLEVIN—QUASHING WRIT—MANDAMUS.

Mandamus will not lie to compel a circuit judge to vacate an order quashing, with costs, a writ of replevin, since the order is final, and reviewable on error.

Mandamus by John W. Dages and William H. Andrews, survivors, etc., to compel Watson Beach, circuit judge of Sanilac county, to vacate an order quashing a writ of replevin. Submitted December 12, 1899. Writ denied December 21, 1899.

James A. Muir, for relators.

William H. Aitkin and John H. Farley, for respondent.

PER CURIAM. This is an application for a mandamus to compel the circuit judge to vacate an order quashing a writ of replevin with costs. The order was a final one, and reviewable on error. The papers on which the order was based were matters of record. Jewell v. Lamoreaux, 30 Mich. 155; Pingree v. Steere, 68 Mich. 204. The case is unlike People v. Bay Circuit Judge, 41 Mich. 326. In that case the application was to vacate an order

quashing an attachment. The writ contained the usual summons clause, which defendant was still bound to answer, and the case was not dismissed. The order was not, therefore, final. In the present case the order was final, and reviewable on error. See *Olson* v. *Muskegon Circuit Judge*, 49 Mich. 85; *Orth* v. *Montcalm Circuit Judge*, McGrath, Mand. Cas. No. 717.

The writ will be denied on this ground.